NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BANCORP SERVICES, L.L.C.,**
*Plaintiff-Appellant,*

v.

**SUN LIFE ASSURANCE COMPANY OF CANADA (U.S.),**
*Defendant-Appellee,*

AND

**ANALECT LLC,**
*Defendant.*

---

2011-1467

---

Appeal from the United States District Court for the Eastern District of Missouri in case no. 00-CV-1073, Judge Carol E. Jackson.

---

ON MOTION

---

ORDER

The parties jointly move for an extension of time, until October 28, 2011, for Bancorp Services, LLC, to file its

opening brief and for an extension of time, until February 6, 2012, for Sun Life to file its response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**SEP 2 3 2011**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Charles K. Verhoeven, Esq.
Matthew B. Lowrie, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**SEP 2 3 2011**

**JAN HORBALY**
**CLERK**